1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   HEIDI RUBEL; OLGA MALYSHEVA,              Case No: 1:23-cv-01664 JLT CDB
     on behalf of themselves and others
12   similarly situated,                       ORDER APPROVING STIPULATION TO
                                                STAY CASE PENDING RESOLUTION OF
13                                              PROPOSED INTERVENORS' CLASS
                     Plaintiffs,                CERTIFICATION MOTION AND TO HOLD
14                                              MOTION FOR INTERVENTION IN
              v.                                ABEYANCE
15
     U.S. NURSING CORPORATION; FASTAFF,
16   LLC; and DOES 1-20,                        (Doc. 29)
     inclusive,
17
18                   Defendants.

19

20        Plaintiffs Heidi Rubel and Olga Malysheva ("Plaintiffs"); Defendants U.S. Nursing

21   Corporation and Fastaff, LLC ("Defendants"); and Proposed Intervenors Theresa Egan, Brian Barker,

22   Sabrina Budden-Wright, Alison Rideout, Brittany Scalia, Jennifer Maslowsky, and Taylor Bedroll's

23   ("Proposed Intervenors") stipulated to stay this action pending resolution of the Proposed Intervenors'

24   Class Certification Motion in *Egan, et al. v. Fastaff, LLC*, et al., Case No. 1:22-cv-03364-CYC (D.

25   Colo.) and to hold in abeyance the pending motion for intervention. (Doc. 29.)

26   ///

27   ///

28

                                                  1

Good cause appearing, the Court **ORDERS**:

1.      The Stipulation (Doc. 29) is approved, and the stay is **GRANTED**.

2.      This Action **SHALL** be stayed in its entirety pending resolution of Proposed Intervenors' Motion for Class Certification of State Law Overtime Claims in *Egan, et al. v. Fastaff, LLC, et al.*, Case No. 1:22-cv-03364-CYC (D. Colo.).

3.      Within 14 days of the resolution of Proposed Intervenors' Class Certification Motion in *Egan*, the Parties **SHALL** submit a joint status report regarding the outcome of the Motion and with a proposed briefing schedule on the Motion to Intervene, if appropriate.

4.      Proposed Intervenors' Motion to Intervene and to Dismiss Claims or Stay Proceedings Pursuant to the First-to-File Rule, filed on May 6, 2025, is **HELD IN ABEYANCE** until further notice, and the deadline to file opposition papers is vacated.

IT IS SO ORDERED.

   Dated:    **May 30, 2025**

_____
UNITED STATES DISTRICT JUDGE

2