UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RUBEL; OLGA MALYSHEVA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. NURSING CORPORATION; FASTAFF, LLC; and DOES 1-20, inclusive,<br><br>Defendants. | Case No: 1:23-cv-01664-JLT-CDB<br><br>ORDER ON STIPULATION TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED CLASS ACTION COMPLAINT AND WITHDRAW PROPOSED INTERVENORS' MOTION TO INTERVENE<br><br>(Doc. 33)<br><br>**2-DAY DEADLINE**<br><br>Clerk of the Court to Terminate Doc. 22 |

  Pending before the Court is the stipulated request of Plaintiffs Heidi Rubel and Olga Malysheva ("Plaintiffs"), Defendants U.S. Nursing Corporation and Fastaff, LLC ("Defendants"), and Proposed Intervenors Theresa Egan, Brian Barker, Sabrina Budden-Wright, Alison Rideout, Brittany Scalia, Jennifer Maslowsky, and Taylor Bedroll ("Proposed Intervenors") to allow Plaintiffs to file a first-amended class action complaint and withdraw Proposed Intervenors' motion to intervene, filed on November 11, 2025. (Doc. 33). The parties represent that "Proposed Intervenors have agreed to withdraw their Motion to Intervene in exchange for Plaintiffs agreeing to dismiss their overtime claims in this case and Plaintiffs have agreed that they and their counsel will not assert or release any class or

representative claims premised on the miscalculation of the regular rate and failure to pay overtime in any settlement that may be reached in this Action or a subsequent case in light of the class certification order in *Egan*[.]" *Id.* at 4. The parties represent that they have met and conferred regarding Plaintiffs' proposed first amended class action complaint that dismisses their overtime claims, and have agreed that Defendants' stipulation to the filing of the first amended class action complaint does not constitute an agreement or concession that any of the claims or allegations within it are accurate or have merit. *Id.* The parties further represent that they agree that Defendants reserve any and all rights to challenge and/or contest any portion of Plaintiffs' proposed first amended class action complaint, and that Defendants waive no legal or equitable defenses by stipulating to allow Plaintiffs to file their proposed first amended class action complaint. *Id.*

In light of the stipulation, and good cause appearing, the Court will grant the parties' request as set forth below.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED:

1. Plaintiffs SHALL FILE within **two (2) days of entry of this order** their proposed first amended class action complaint attached as Exhibit A to the parties' stipulation (Doc. 33 at 8-24);

2. Upon the filing of the first amended class action complaint, Defendants' pending motion to dismiss and strike the original class action complaint (Doc. 7) shall be terminated as MOOT;

3. Defendants SHALL FILE **within 30 days** from the date of the filing of the first amended class action complaint their responsive pleading thereto;

4. Proposed Intervenors' motion to intervene (Doc. 22) is deemed WITHDRAWN; and

5. All pending deadlines relating to Proposed Intervenors' motion to intervene are VACATED.

IT IS SO ORDERED.

Dated:   **November 12, 2025**                              _____
                                                                                         UNITED STATES MAGISTRATE JUDGE